# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

129190

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARCUS JEROME MILLER,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129190
COA: 255941
Wayne CC: 03-011281-01

On order of the Court, the application for leave to appeal the June 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *Davis v Washington*, cert gtd ___ US ___; 126 S Ct 547; 163 L Ed 2d 458; 74 USLW 3272; 2005 WL 1671669; 2005 US LEXIS 7859 (October 31, 2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

_____
Clerk

p0125